NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1046

KERR CORPORATION,

Plaintiff-Appellant,

v.

WESTSIDE RESOURCES, INC.,

Defendant-Appellee.

David R. Cross, Quarles & Brady, LLP, of Milwaukee, Wisconsin, argued for plaintiff-appellant.  With him on the brief was Johanna M. Wilbert.

W. David Shenk, of Whyte Hirschboeck Dudek S.C., of Madison, Wisconsin, argued for defendant-appellee.  With him on the brief were Eugenia G. Carter and Anthony J. Sievert

Appealed from:  United States District Court for the Western District of Wisconsin

Chief Judge Barbara B. Crabb

NOTE: This disposition is not citable as precedent.

# United States Court of Appeals for the Federal Circuit

2008-1046

KERR CORPORATION,

Plaintiff-Appellant,

v.

WESTSIDE RESOURCES, INC.,

Defendant-Appellee.

# Judgment

ON APPEAL from the     United States District Court for the
Western District of Wisconsin

in CASE NO(S).     07-CV-177.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MAYER, LOURIE and SCHALL, Circuit Judges.)

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED  April 9, 2008

/s/ Jan Horbaly
Jan Horbaly, Clerk